IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LENELLE GRAY,** | : | CIVIL ACTION NO. 1:CV-10-2194 |
| | : | |
| Petitioner | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Mannion)** |
| v. | : | |
| | : | |
| **B.A. BLEDSOE,** | : | |
| | : | |
| Respondent | : | |

## O R D E R

Before the court in the captioned action is an April 13, 2011 report and recommendation of Magistrate Judge Mannion. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Mannion.

2)  The Petitioner is **GRANTED** leave to proceed *in forma pauperis*, (Doc. No. 3), for the sole purpose of filing the petition.

3) The Petition (Doc. No. 1), is **DISMISSED** for lack of jurisdiction.

3)  The Clerk of Court shall **CLOSE** this case.

                                               *S/ Yvette Kane*
                                               YVETTE KANE, Chief Judge
                                               United States District Court
                                               Middle District of Pennsylvania

Dated: May 3, 2011